## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| MANJINDER SINGH, | ) | |
| A 73 163 912 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 09-00070-CG-N |
| | ) | |
| MICHAEL B. MUKASEY and | ) | |
| DAVID O. STREIFF, | ) | |
| | ) | |
| Respondents. | ) | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1 (c) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action under 28 U.S.C. § 2241 be **DISMISSED as MOOT.**

**DONE and ORDERED** this 17th day of November, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE