IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MANJINDER SINGH,** ) | |
| **A 73 163 912** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 09-00070-CG-N** |
| ) | |
| **MICHAEL B. MUKASEY and** ) | |
| **DAVID O. STREIFF,** ) | |
| ) | |
| Respondents. ) | |

**JUDGMENT**

It is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the Respondents, Michael B. Mukasey and David O. Streiff and against the Petitioner, Manjinder Singh, and this action be and is hereby **DISMISSED with prejudice**.

**DONE and ORDERED** this 17th day of November, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE